## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CORRINE DENZER,                                  Civil No. 10-0754 (JRT/JJG)

                Plaintiff,

v.                                                                      **ORDER**

RIVER COLLECTION & RECOVERY
SERVICE, INC. AND TRACY DOE,

                Defendants.

---

    Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC**, 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

    Michael Klutho, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant River Collection & Recovery Service, Inc.

    This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on May 4, 2010 [Docket No. 2].

    **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

    **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated: May 7, 2010
at Minneapolis, Minnesota                         _____ s/ John R. Tunheim_____
                                                         JOHN R. TUNHEIM
                                                   United States District Judge